NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE:  MARK ALAN LITMAN,**
*Appellant*

———————————

2019-2157

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/805,863.

———————————

**JUDGMENT**

———————————

MARK ALAN LITMAN, Mark A. Litman & Associates, P.A., Edina, MN, argued pro se.

DANIEL KAZHDAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu.  Also represented by AMY J. NELSON, THOMAS W. KRAUSE, ROBERT J. MCMANUS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, PLAGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2020                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                 Clerk of Court